# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

-FILED-
MAY 15 2023
At ___ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Vorice Earl Williams,
*[You are the **PLAINTIFF**, print your full name on this line.]*

v.

Michigan City, Indiana Police Department,
*[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 3:23-cv-408
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Michigan City, Police Department, Officers | 1201 E. Michigan Blvd. M.C., Ind. 46360 |
| 2 | *[Put the names of any other defendants in these boxes.]* Laporte County Jail | 809 State St. M.C., Ind. 46350 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? They refuse to provide names.

2. What is the name and address of your prison or jail? Laporte County Jail 804 State Street.

3. Did the event you are suing about happen there? ◯ Yes. ◯✓ No, it happened at: out in the Public in Michigan City Indiana

4. On what date did this event occur? 4-28 or 4-29 2023

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. My name's Voice Far Williams-El-Bey. I'm a Moorish American National Activist. I suffer from Extreme Shcizophrenia & manic bipolar Anxiety. I did my time. The Michigan City Police have been stalking me & harrasing me because of my Constitutional Right of who I am. They followed me Everywhere after I was released from the laporte county Jail after completing my term. I got released on a Friday. I was waiting to get assistance/psychiatric help, Medicine therapy from the Swanson Center in Michigan City, Indiana on that next Monday morning, also I was going to get an MRI on my brain because for years I've been having Mental & physical problems with loud Voices in my head, Hallucination, Sudden nose bleeds during getting too angry. Well I didn't make it because I was approched by Michigan

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

City Police. For a "so-called" disturbance call. I talk loud because of my brain damage. The police "Know this" William * Nelson was my attorney on past intimidation charges Michigan City, Indiana. He has the FBI document for you if you contact him. So the day I was approched by the cops they attacked me because they said I was being loud. But I can't help it because of the loud voices in my head & my brain damage. So the police cuffed me punched me over & over in my Head and ribs. One of them Kicked me in my Head, my shoulder, my face and ribs. Said I was drunk. But I don't drink. I was on my psych meds. They took me to jail. Punched me in the face before they threw me in the padded cell on my Face. No Bed, No toilet, No sink, for bout 24 hrs. then I was taken to the laporte County Jail. Escorted straight to a Solitary Confinement cell. I ask For Medical attention for about 3 days because of All the pain I was in From the beating. Plus I need my Schizoprenia, Bipolar, and Blood Clot medicine. But the jail Refused to get me medical attention. I was coughing up blood and my head was hurting From the cops Kicking in my head. I was Finally taking to population 4 days after which I remain. Still no Hospital. This was retaliation by Cops.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - (✓) Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: ______

6. Have you ever sued anyone for this exact same event?
   - (✓) No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - (✓) No, this event is not grievable at this prison or jail.
   - (✓) Yes, I filed a grievance and attached is a copy of the response from the final step.
   - (✓) Yes, this event was grievable, but I did not file a grievance because I was continuasely complaining to Everyone in the jail, Commander Sergent, CO's Everyone. No one would listen. Til Mrs. J. Crosslin Finally sent this!!!

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [*NOTE: A case filed on this form will not overturn your conviction or change your release date.*]

A Formal "Apology on the local news" a "No contact & Harassment order against the Michigan City Police" Because I Strongley believe they plotting on Killing me. I guess we'll see. And $10,000,000 - $50,000,000 For Mental/physical Damages!

[*Initial Each Statement*]

VW I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
VW I will keep a copy of this complaint for my records.
VW I will promptly notify the court of any change of address.
VW I WILL NOT send more than one copy of any filing to the court.
VW I WILL NOT send summons, USM-285, or waiver forms to the clerk.
VW I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/11/2023 at 6:00 am/(pm).
[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

Vorice Earl Williams
Signature

#20074022
Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

① Plus page

(They refused to give me a copy of "Prisoner Complaint Form. Please Forgive me!

The jail took pictures of my Injuries Had X rays done but No Broken Bones, Just Pain & Bruising.

Espinozo, C.O. took the Pictures

Holt, Sergent Also has, INFO, to assist about me being loud/mental illness!

"Please Help Me Please!!!

I Fight For Freedom. For Not just the African Race But For All those Suffering From Mental Illness I will Not! Stop until I have Justice. Please help For this injustice or just tell me you're OK w/ the Cops doing this, then I'll have my Answer

(Check video grievances Missing video!)

Vorice E. Williams-El·Bey

(2)

Also, My Mental Illness is Very Serious IF I need Counsel to help w/ paperwork or Filings could you please Help me with a lawyer. I'm indigent I just want Justice, Please Help. I Fear for my life.

Emergency Contact

My Daughter

: Jasmine Williams

219 · 214 · 7912

3419 Salem Ct. Woodland East

Michigan, City, Indiana

[46360]

P.S. Please Send copy of my Prisoner Complaint. Thank you Very Much...