AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

VORICE EARL WILLIAMS-BEY
*also known as*
Vorice Earl Williams
    Plaintiff

v.   Civil Action No. 3:23-cv-408

POLICE DEPARTMENT OFFICERS
*Michigan City, Indiana*
*also known as*
Michigan City Police Department

LAPORTE COUNTY JAIL
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge Jon E DeGuilio.

DATE:   9/21/2023          CHANDA J. BERTA, CLERK OF COURT

                                          by   s/N. Corle  
                                           *Signature of Clerk or Deputy Clerk*